STATE OF CONNECTICUT *v.* CEDRIC L. BURDEN

The state of Connecticut's petition for certification for appeal from the Appellate Court (AC 12258) is granted. It is further ordered that the matter be remanded to the Appellate Court for reconsideration in light of this court's decision in *State* v. *Patterson,* 230 Conn. 385.

*James M. Ralls,* assistant state's attorney, in support of the petition.

Decided July 26, 1994

BROWNSTONE PHARMACY, INC. *v.* MARK
WRABEL ET AL.
BROWNSTONE PHARMACY, INC. *v.* MARY
ARCHAMBAULT ET AL.
BROWNSTONE PHARMACY, INC. *v.* JACK ZISKIN ET AL.

The defendants Mark Wrabel, Mary Archambault and Jack Ziskin's petition for certification for appeal from the Appellate Court (AC 13475) (AC 13476) (AC 13477) is denied.

*Jeffrey J. Mirman,* in support of the petition.

*Marc L. Zaken* and *Wendi J. Kemp,* in opposition.

Decided July 27, 1994